**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SL MONTEVIDEO TECHNOLOGY, INC., a Minnesota corporation, | |
| Plaintiff, | Hon. Richard H. Kyle |
| -vs- | Case No: 03-3302-RHK/FLN |
| EATON AEROSPACE, LLC., a Delaware limited liability company, and ASTROMEC, INC., a Nevada corporation, | **NOTICE OF HEARING** |
| Defendants. | |

---

| | |
|---|---|
| Mark H. Verwys (P23803)<br>Plunkett & Cooney, PC<br>Attorneys for Plaintiff<br>333 Bridge Street, Ste 530<br>Grand Rapids, MI 49504<br>V: 616-752-4600    F: 616-752-4607 | Michael H. King<br>Elizabeth M. Bradshaw<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>Attorneys for Defendants<br>180 North Stetson Ave., Ste. 1175<br>Chicago, IL 60601<br>V: 312-794-8050    F: 312-794-8100 |
| David A. Engen<br>Baxter Engen, LTD<br>Co-Counsel for Plaintiff<br>Ames Business Center, Ste 360<br>2500 West County Road 42<br>Burnsville, MN 55337<br>V: 952-224-0900    F: 952-224-0901 | Frederick W. Morris<br>Leonard, Street & Deinard<br>Co-Counsel for Defendants<br>150 South Fifth Street, Ste 2300<br>Minneapolis, MN 55402<br>V: 612-335-1500    F: 612-335-1657 |

---

PLEASE TAKE NOTICE that *Plaintiff's Motion To Strike One Of Defendants' Three Retained Expert Witnesses* will come on for hearing before Magistrate Judge Franklin L. Noel at the United States District Court, District of Minnesota, Minneapolis, MN, on April 11, 2005, at 11:00 a.m.

Dated: March 7, 2005

PLUNKETT & COONEY, P.C.
Attorneys for Plaintiff

By: *[signature]*
Mark H. Verwys (P23803)

Branches.13498.30425.1394846-1