# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| SL Montevideo Technology, Inc., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Franklin L. Noel |
| v. | U.S. Magistrate Judge |
| Eaton Aerospace and Astromec, Inc., | |
| Defendants. | |

Case No:        03-3302 (RHK/FLN)
Date:           April 11, 2005
Tape Number:    2808-3881; 01-914
Time Commenced: 10:30
Time Concluded: 11:30
Time in Court:  1 Hours

APPEARANCES:

For Plaintiff:    Mark Verwys
For Defendant: Elizabeth Bradshaw, Frederick Morris

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**         **: COURT    9 PLAINTIFF   9 DEFENDANT**

Plaintiff's Motion to Compel [#80] and Plaintiff's Motion to Strike [#77] orally ruled upon.
Defendant's Motion to Compel [#81] orally ruled upon.

: ORDER TO BE ISSUED        9 NO ORDER TO BE ISSUED      9 R&R TO BE ISSUED       9 NO R&R TO BE ISSUED

9 Exhibits retained by the Court        9 Exhibits returned to counsel

    s/Amber S. Lee
    Signature of Law Clerk