UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SL Montevideo Technology, Inc.,            Civil No. 03-3302 (RHK/FLN)

    Plaintiff,

v.                                         **ORDER**

Eaton Aerospace and Astromec, Inc.

    Defendants.

_____

Mark Verwys, for Plaintiffs.
Elizabeth Bradshaw, Frederick Morris, for Defendants.

_____

**THIS MATTER** came before the undersigned United States Magistrate Judge on April 11, 2005, on Plaintiff's Motion to Compel Defendant to Disclose Certain Financial Information [#80], on Plaintiff's Motion to Strike Defendants' Third Retained Expert [#77], and on Defendant Astromec's Motion to Compel Plaintiff to Produce Documents Related to Its Opinion Witnesses [#81].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel [#80] is **GRANTED** to the extent that Defendant shall produce a Rule 30(b)(6) witness to answer the three questions Plaintiff identified (i.e., the cost of materials and labor necessary to produce the STM, and the price for which Defendant sells the STM). Plaintiff's Motion to Strike [#77] is **DENIED as moot.**

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Compel is **GRANTED** to the extent that each of Plaintiff's witnesses shall produce reports as described in Federal Rule of Civil Procedure 26(a)(2)(B).

DATED: May 5, 2005             s/ *Franklin L. Noel*
                                                                                  FRANKLIN L. NOEL
                                                                                 United States Magistrate Judge