**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| SL MONTEVIDEO TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Richard H. Kyle |
| | ) | Magistrate Judge Noel |
| v. | ) | |
| | ) | Case No.: 03-3302 RHK/FLN |
| EATON AEROSPACE, LLC, and ASTROMEC, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION HEARING**

To:  Mark H. Verwys
     Plunkett & Cooney, PC
     333 Bridge Street, Suite 530
     Grand Rapids, Michigan 49504

   PLEASE TAKE NOTICE THAT on June 13, 2005 at 9:00 a.m., we shall appear before Magistrate Judge Noel, or any judge sitting in his stead, at the United States District Court, District of Minnesota, located in Minneapolis, Minnesota, room 9W, and then and there present Defendants Eaton Aerospace, LLC, and Astromec, Inc.'s Motion for a Protective Order to Prevent Scheduled Deposition.

DATED:  May 25, 2005            *s/ Ronald Banerji*
                                One of the Attorneys for Defendants

                                Frederick W. Morris (No. 75358)
                                Timothy P. Griffin (No. 285717)
                                LEONARD STREET AND DEINARD
                                Professional Association
                                150 South Fifth Street
                                Minneapolis, Minnesota 55402
                                (612) 335-1500

                                Michael H. King
                                Elizabeth M. Bradshaw
                                Ronald Banerji
                                LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.
                                180 North Stetson Avenue, Suite 1175
                                Chicago, Illinois 60601-6783
                                (312) 794-8000