## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SL MONTEVIDEO TECHNOLOGY, INC., a Minnesota corporation, | |
| Plaintiff, | Hon. Richard H. Kyle |
| -vs- | Case No: 03-3302-RHK/FLN |
| EATON AEROSPACE, LLC., a Delaware limited liability company, and ASTROMEC, INC., a Nevada corporation, | **NOTICE OF HEARING RE PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' LIABILITY EXPERT WITNESS ANDREW NEUHALFEN, PHD.** |
| Defendants. | |

---

| | |
|---|---|
| Mark H. Verwys (P23803)<br>Plunkett & Cooney, PC<br>Attorneys for Plaintiff<br>333 Bridge Street, Ste 530<br>Grand Rapids, MI 49504<br>V: 616-752-4600    F: 616-752-4607 | Michael H. King<br>Elizabeth M. Bradshaw<br>Ronald Banerji<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>Attorneys for Defendants<br>180 North Stetson Ave., Ste. 1175<br>Chicago, IL 60601<br>V: 312-794-8050    F: 312-794-8100 |
| David A. Engen<br>Baxter Engen, LTD<br>Co-Counsel for Plaintiff<br>Ames Business Center, Ste 360<br>2500 West County Road 42<br>Burnsville, MN 55337<br>V: 952-224-0900    F: 952-224-0901 | Frederick W. Morris<br>Leonard, Street & Deinard<br>Co-Counsel for Defendants<br>150 South Fifth Street, Ste 2300<br>Minneapolis, MN 55402<br>V: 612-335-1500    F: 612-335-1657 |

---

To:   All Defense Counsel

PLEASE TAKE NOTICE THAT on July 25, 2005 at 8:00 a.m., we shall appear before Judge Richard H. Kyle, or any judge sitting in his stead, at the United States District Court, District of Minnesota, located in St. Paul, Minnesota, and then and there present Plaintiff's Memorandum In Support of Its Motion To Strike Defendants' Liability Expert Andrew J. Neuhalfen.

Dated: June 27, 2005                                    PLUNKETT & COONEY, PC

*/s/ Mark H. Verwys (P23803)*
Mark H. Verwys (P23803)
Attorneys for SL Montevideo Technology, Inc.

Branches.13498.30425.1425237-1