UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SL Montevideo Technology, Inc.,

       Plaintiff,

                Civ. No. 03-3302 (RHK/FLN)
                **ORDER**

v.

Eaton Aerospace, LLC,
and Astromec, Inc.,

       Defendants.

---

  A hearing on Defendants' separate Motions for Summary Judgment (Doc. Nos. 139, 169) is set for Monday, July 25, 2005 at 8:00 am.  Before the Court is Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Two Motions For Summary Judgment. (Doc. No. 209.)  For good cause shown, Plaintiff's Motion is **GRANTED**:

  1.  Plaintiff's responsive memoranda to Defendants' summary judgment motions shall be served and filed by **Tuesday, July 12, 2005**;

  2.  Defendants' reply memoranda shall be served and filed by **Tuesday, July 19, 2005**; and

  3.  The hearing date and time remains **unchanged**.

Dated: June 30, 2005             s/Richard H. Kyle
                       RICHARD H. KYLE
                       United States District Judge