## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

SL Montevideo Technology, Inc.

              Plaintiff,                            Civil No. 03-3302 (RHK/FLN)

vs.                                         **O R D E R**

Eaton Aerospace, LLC and
Astromec, Inc.,

              Defendants.

---

      Oral argument with respect to the several motions scheduled for July 25, 2005 will

be heard at 7:30 a.m. in St. Paul.  Each side will be allotted a total of 50 minutes for its

argument.

Dated: July 13, 2005

                                     s/Richard H. Kyle
                                     RICHARD H. KYLE
                                     United States District Judge