## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SL Montevideo Technology, Inc.

        Plaintiff,                                Civil No. 03-3302 (RHK/FLN)

vs.                                                  **O R D E R**

Eaton Aerospace, LLC and
Astromec, Inc.,

        Defendants.

The above matter is referred to Magistrate Judge Arthur J. Boylan for the limited purpose of conducting a settlement conference at such time and under such conditions as Judge Boylan directs. The referral has been approved by Magistrate Judge Noel, who will continue as the designated Magistrate Judge for all purposes other than the referenced settlement conference.

Dated: August 8, 2005

                                                                s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                 United States District Judge