UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SL Montevideo Technology, Inc.**,**            Civil No. 03-3302 (RHK/FLN)

     Plaintiff,                                                  **ORDER**

vs.

Eaton Aerospace, LLC, et al.,

     Defendants.
_____

     1. This Court's January 20, 2006 Notice of Jury Trial (for May 31, 2006) (Doc. No. 307) is **VACATED**.

     2. Trial will begin at 9:00 a.m. on Tuesday, May 9, 2006, before the undersigned and a jury in Courtroom No. 3, 180 East Fifth Street, St. Paul, Minnesota.

     3. The following materials are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>April 7, 2006</u>:

    a. All "documents to be submitted for trial" as required by Local Rule 39.1(b);

    b. Designation and copies of proposed deposition testimony;

    c. Motions in Limine with supporting briefs; and

    d. Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>April 18, 2006</u>:

    a. Responsive briefs to Motions in Limine;

    b. Written Objections, and the grounds therefor, to opposing parties'

exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

c.  Replies to Trial Briefs.

By <u>April 25, 2006</u>:  Responses to the Written Objections.

Dated: January 23, 2006

                                          <u>s/Richard H. Kyle</u>
                                          RICHARD H. KYLE
                                          United States District Judge