UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SL Montevideo Technology, Inc.**,**                    Civil No. 03-3302 (RHK/FLN)

      Plaintiff,                                     **ORDER**

vs.

Eaton Aerospace, LLC, et al.,

      Defendants.

---

The Court has set aside a <u>total</u> of 10 days for trial of the above matter. Each trial day will proceed on the following schedule: 9:00 a.m. to 4:30 p.m.–with morning and afternoon "breaks" of 20 minutes and a lunch break of 1 hour and 20 minutes. The allowed trial time will be divided equally between Plaintiff and Defendants and will not include time devoted to voir dire, opening statements, closing arguments and jury instructions.

Dated: March 8, 2006

                                                                 s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                 United States District Judge