UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SL Montevideo Technology, Inc.,

                Plaintiff,

                                            Civ. No. 03-3302 (RHK/FLN)
                                            **ORDER**

v.

Eaton Aerospace, LLC,
and Astromec, Inc.,

                Defendants.

---

      Defendants' April 25, 2006 letter request seeking leave to file a "Renewed Motion for Summary Judgment and Memorandum in Support" is **DENIED**.

Dated: April 29, 2005
                                                                     s/ Richard H. Kyle
                                                                     RICHARD H. KYLE
                                                                     United States District Judge